█ In the Matter of Monique Desiree Kelly, Appellant, v Chauvonne Senior, Respondent. [57 NYS3d 815]—Appeal from an order of the Family Court, Erie County (Sharon M. LoVallo, J.), entered December 14, 2015 in a proceeding pursuant to Family Court Act article 6. The order dismissed the petition.

It is hereby ordered that said appeal is unanimously dismissed without costs.

Memorandum: In this proceeding pursuant to Family Court Act article 6, petitioner mother appeals from an order in which Family Court sua sponte dismissed her petition seeking custody of her son, with respect to whom her parental rights had previously been terminated (*Matter of Mikia H. [Monique K.]*, 78 AD3d 1575, 1576 [2010], *lv dismissed in part and denied in part* 16 NY3d 760 [2011]). It is well settled that " '[n]o appeal lies as of right from an order [that] does not decide a motion made on notice,' " and here the mother has not sought leave to appeal (*Matter of Mary L.R. v Vernon B.*, 48 AD3d 1088, 1088 [2008], *lv denied* 10 NY3d 710 [2008]; *see Sholes v Meagher*, 100 NY2d 333, 335 [2003]). We therefore dismiss the

appeal. Present—Smith, J.P., Centra, Peradotto, Lindley and NeMoyer, JJ.